# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**AYYUB HAYTHAM JAMIL HANNA,**

       **Petitioner,**

v.                                                              Case No. 25-3203-JWL

**CRYSTAL CARTER,**

       **Respondent.**

## JUDGMENT IN A CIVIL CASE

**( )  JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)  DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is granted

Entered on the docket 11/17/25

**Dated:  November 17, 2025**        SKYLER B. O'HARA
                                                                CLERK OF THE DISTRICT COURT


                                                                **s/S. Nielsen-Davis**
                                                                **Deputy Clerk**